1

VICK LAW GROUP, APC
   Scott Vick (State Bar No. 171944)

2

800 West Sixth Street, Suite 1220
Los Angeles, California 90017

3

Telephone:  (213) 784-6227
Facsimile:  (213) 784-6226

4

E-Mail:    scott@vicklawgroup.com

5

EMORD & ASSOCIATES, P.C.

6

   Peter A. Arhangelsky (State Bar No. 291325)
   Joshua S. Furman (*pro hac vice* forthcoming)

7

3210 S. Gilbert Road, Suite 4
Chandler, Arizona 85286

8

Telephone: (602) 388-8899
Facsimile:  (602) 393-4361

9

E-mail: parhangelsky@emord.com
       jfurman@emord.com

10

Attorneys for Plaintiff

11

HUDSON MARTIN FERRANTE
STREET WITTEN & DEMARIA, PC

12

**IN THE UNITED STATES DISTRICT COURT**

13

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

14

15

HUDSON MARTIN FERRANTE
STREET WITTEN & DEMARIA, PC, a

16

California professional corporation,

17

      Plaintiff,

18

    vs.

19

DAVID ALAN FORSYTHE, an

20

individual, and DOES 1 through 10,
inclusive,

21

      Defendants.

Case No.: 5:16-cv-06551-BLF

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO TAKE LIMITED EXPEDITED DISCOVERY**

**[FRCP 16 and 26; LR 7-2]**

**Filed Concurrently Herewith:**
1. **Memorandum of Points and Authorities**
2. **Declaration of Geoffrey Brown**
3. **Declaration of Shannon Stevens**
4. **Declaration of Jeannette K. Witten**

Hearing Date:    June 8, 2017
Time:          9:00 a.m.
Room:         5th Floor, Courtroom 3
Judge:         Hon. Beth L. Freeman

22

23

24

25

///

26

///

27

///

28

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO COUNSEL AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT ON June 8, 2017, at 9:00 a.m. in Courtroom 3, United States District Court for the Northern District of California, 280 S. 1st Street, San Jose, California 95113, pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure and Local Rules 7-2, Plaintiff Hudson Martin Ferrante Street Witten & DeMaria, PC ("HMF") will and hereby does move for limited expedited discovery in advance of the traditional discovery calendar.  Specifically, HMF requests that the Court order:

(1)     Leave to serve Plaintiff's First Set of Rule 34 Requests and First Set of Rule 33 Interrogatories (attached as Exhibits A and B) on Defendant and requiring Defendant's response within ten days of the order;

(2)     Permitting the forensic inspection Defendant's drives, devices, and computers, as requested in the Requests, within ten days of the order;

(3)     Permitting the forensic copying of each drive, device, and computer at the time of inspection; and,

(4)     The return of the forensic copies to the Court to hold in escrow until they may be appropriately used in formal discovery in the case.

HMF has good cause for its request because the digital evidence sought is fleeting in nature, is negatively impacted by the passage of time, may be essential to HMF's claims, and can be preserved without prejudice to Defendant.

HMF requests that the Court consider this motion without a hearing to expedite resolution of this time sensitive request.  To the extent a hearing is necessary, HMF has reserved and noticed the hearing date identified above.

---

**NOTICE OF MOTION AND MOTION FOR LEAVE TO TAKE LIMITED EXPEDITED DISCOVERY**

2

1

2    DATED: January 25, 2017          Respectfully submitted,

3

4                                   VICK LAW GROUP, APC

                                  *– and –*

5                                   EMORD & ASSOCIATES, P.C.

6

7                                   By:    */s/ Scott Vick*

                                  Scott Vick

8                                   Attorneys for Plaintiff

                                  HUDSON MARTIN FERRANTE

9                                   STREET WITTEN & DEMARIA, PC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**NOTICE OF MOTION AND MOTION FOR LEAVE TO TAKE LIMITED EXPEDITED DISCOVERY**

3